**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Lenexa Hotel, L.P. | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 48-0941802 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **730 New Hampshire Ste 206 Lawrence, KS 66044** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Douglas** <br> County | **Location of principal assets, if different from principal place of business** <br> **12601 W. 95th Street Lenexa, KS 66215** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ■ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|--------|--|--|--------------|--|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 1, 2016**
             MM / DD / YYYY

**X** **/s/ Stephen J. Craig**                      **Stephen J. Craig**
Signature of authorized representative of debtor            Printed name

Title    **President, Ventura Hotel Corporation, General Partner**

**18. Signature of attorney**

**X** **/s/ Jeffrey A. Deines**           Date   **November 1, 2016**
Signature of attorney for debtor                  MM / DD / YYYY

**Jeffrey A. Deines**
Printed name

**Lentz Clark Deines PA**
Firm name

**9260 Glenwood**
**Overland Park, KS 66212**
Number, Street, City, State & ZIP Code

Contact phone   **913-648-0600**      Email address _____

**20249**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Lenexa Hotel, L.P.**

United States Bankruptcy Court for the:   **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Hotel Registry PO Box 71299 Chicago, IL 60694 | | Trade Debt - Hotel Guest Supplies Linen | | | | $5,199.86 |
| Care Plant, Inc. 1626 Broadway PO Box 412222 Kansas City, MO 64141 | | Trade Debt - Outdoor Landscaping Inside Plant Care | | | | $3,170.00 |
| Consolidated Communications 14859 W. 95th Street Lenexa, KS 66215-5220 | | Utility Debt | | | | $6,520.45 |
| DT Mechanical 910 W. Santa Fe Olathe, KS 66061 | | Trade Debt - HVAC, Plumbing, other mechanical repair | | | | $12,706.37 |
| Excel Linen Supply 501 Funston Kansas City, KS 66115 | | Trade Debt | | | | $5,836.59 |
| General Hotels Corporation 2501 S. High School Rd. Indianapolis, IN 46241 | | Trade Debt - Revenue Management Services | | | | $4,400.00 |
| Global Connections 5360 College Blvd., Ste 200 Leawood, KS 66211 | | Trade Debt - Rooms Commissions & Rebates | | | | $13,317.50 |
| Intercontinental Hotel Grp PO Box 101074 Atlanta, GA 30392 | | Trade Debt - Franchise Fees | | | | $130,069.49 |

Case 16-22172    Doc# 1    Filed 11/01/16    Page 5 of 23

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Johnson Co Wastewater PO Box 219948 Kansas City, MO 64121 | | Utility Debt | | | | $17,370.45 |
| Johnson Co Wastewater PO Box 219948 Kansas City, MO 64121 | | Utility Debt | | | | $11,627.43 |
| Kansas City Power & Light PO Box 219330 Kansas City, MO 64141-9330 | | Utility Debt | | | | $31,768.41 |
| Kansas City Power & Light PO Box 219330 Kansas City, MO 64141-9330 | | Utility Debt | | | | $17,085.80 |
| Kansas Dept. of Revenue 915 SW Harrison St. Topeka, KS 66699-1000 | | Sales and Occupancy Tax | | | | $51,317.97 |
| Keller FIre & Safety 1138 Kansas Ave. Kansas City, KS 66105 | | Trade Debt | | | | $4,307.69 |
| Massco 1837 S. Meridian Ave. Wichita, KS 67213 | | Trade Debt - Restroom Supplies | | | | $3,192.69 |
| SS & C Solutions 3320 Clinton Prkwy Court Suite 220 Lawrence, KS 66047 | | Accounting Services | | | | $12,705.00 |
| Trane US, Inc. PO Box 845053 Dallas, TX 75284 | | Trade Debt - HVAC Chiller Service | | | | $8,159.85 |
| Travelclick,Inc. PO Box 71199 Chicago, IL 60694 | | Trade Debt - Sales & Marketing Report Services | | | | $5,458.04 |
| US Food Service PO Box 501133 Saint Louis, MO 63150 | | Trade Debt | | | | $12,576.77 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Water District No 1 of JoCo PO Box 808007 Kansas City, MO 64180** | | **Utility Debt** | | | | $3,025.11 |

Fill in this information to identify the case:

Debtor name    **Lenexa Hotel, L.P.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 1, 2016**     X **/s/ Stephen J. Craig**
                                         Signature of individual signing on behalf of debtor

                                         **Stephen J. Craig**
                                         Printed name

                                         **President, Ventura Hotel Corporation, General Partner**
                                         Position or relationship to debtor

```
3&2 Baseball Club of JO CO
PO Box 14011
Lenexa KS 66285


AAA
Mailstop 2
1000 AAA Dr.
Heathrow FL 32746


ADP, Inc.
PO Box 842875
Boston MA 02284-2875


Alamar Uniforms
3105 Leavenworth Street
Omaha NE 68105


All Seasons Event Rental
5050 Kansas Avenue
Kansas City KS 66106


All Team Staffing
4049 Pennsylvania Ave.
Suite 303
Kansas City MO 64111


Amadeus Hospitality Amer
Mail Code 11101
PO Boix 11839
Newark NJ 07101


Ambrosia Brothers Cutlery
3023 Main
Kansas City MO 64108


Amer Consumer Fin Network
Community Towers 6th FL
111 W. Saint John St.
San Jose CA 95113


American Hotel Registry
PO Box 71299
Chicago IL 60694
```

ASCAP
2675 Paes Ferry Rd SE
Suite 350
Atlanta GA 30339


AT&T
400 N Point Pkwy
Alpharetta GA 30005


Bank of American Merchant Serv
1231 Durrett Lane
Louisville KY 40213


Batteries Plus Store 260
PO Box 71631
Chicago IL 60694


BMI General Licensing
PO Box 630893
Cincinnati OH 45263


Care Plant Inc.
PO Box 412222
Kansas City MO 64141


Care Plant, Inc.
1626 Broadway
PO Box 412222
Kansas City MO 64141


Carpet Anew, LLC
1007 NE 67th Ter.
Gladstone MO 64118


CE Water Management, Inc.
PO Box 3225
Kansas City KS 66103


Celebrity Staff - KC
PO Box 3037
Omaha NE 68103


Centerpoint Energy
PO Box 2628
Houston TX 77252

Cintas Corporation
97627 Eagle Way
Chicago IL 60678


Coca Cola Refreshments
Customer FInancial Ser.
521 Lake Kathy Dr.
Brandon FL 33510


Coca-Cola Bottling of Mid-Amer
2335 Payshere Circle
Chicago IL 60674-0001


Consolidated Communications
14859 W. 95th Street
Lenexa KS 66215-5220


Corefirst Bank & Trust
P.O. Box 5049
Topeka KS 66605


Courtesy Products, LLC
PO Box 840020
Kansas City MO 64184


Curve Trends
79 Butler Drive
South Burlington VT 05403


Deffenbaugh Disposal
PO Box 3220
Shawnee KS 66203


Door Controls Inc.
301 Southwet Blvd.
Kansas City KS 66103


DT Mechanical
910 W. Santa Fe
Olathe KS 66061


E. Edwards, Inc.
101 Southwest Blvd.
Kansas City KS 66103

ERC Wiping Products, Inc.
19 Bennett Street
Lynn MA 01905


Erwyn Group
200 Campus Drive
Suite C
Morganville NJ 07751


Excel Linen Supply
501 Funston
Kansas City KS 66115


General Hotels Corporation
2501 S. High School Rd.
Indianapolis IN 46241


Global Connections
5360 College Blvd., Ste 200
Leawood KS 66211


Grainger
Dept 848678645
PO Box 419267
Kansas City MO 64141


Guest Distribution
PO Box 910
Monmouth Junction NJ 08852


Gunter Pest Management
220 W. 72nd St.
Kansas City MO 64114


Heartland Food Products Inc.
1900 West 47th Place
Suite 302
Mission KS 66205


Hewlett Packard Financial
Services Co.
200 Connell Drive, Suite 5000
Berkeley Heights NJ 07922

Hewlett-Packard Fin Serv Co
PO Box 402582
Atlanta GA 30384


Hiland Dairy Foods
PO Box 802781
Kansas City MO 64180


Holiday Hospitality
Franchising, Inc.
Three Ravina Drive
Suite 100
Atlanta GA 30346


Home Depot Credit Services
Dept. 32-2505886592
PO Box 183176
Columbus OH 43218


Hospitality Careers Online
c/o Commerce Bank
PO Box 74008242
Collection Center Drive
Chicago IL 60674


Hospitality Management Systems
8064 Reeder Street
Overland Park KS 66214


Hotel & Lodging Assoc. of KC
1600 Genessee, Ste 633
Kansas City MO 64102


IHG Owners Assoc.
3 Ravinia Dr., Ste 100
Atlanta GA 30346


Innerworkings
7503 Solution Center
Chicago IL 60677


Intercontinental Hotel Grp
PO Box 101074
Atlanta GA 30392

JB Construction Co LLC
16504 W. 80th Terr.
Lenexa KS 66215


Johnson Co Treasurer
PO Box 2902
Mission KS 66201


Johnson Co Wastewater
PO Box 219948
Kansas City MO 64121


Jr. Volleyball Assoc.
1414 Underwood Ave.
Suite 400
Milwaukee WI 53213


Kansas City Power & Light
PO Box 219330
Kansas City MO 64141-9330


Kansas City Youth Hockey
11936 W. 119th St., #242
Overland Park KS 66213


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Kansas Dept. of Revenue
915 SW Harrison St.
Topeka KS 66699-1000


Kansas Gas Service
PO Box 219046
Kansas City MO 64121-9046


KC Convention Visitors
1100 Main Street
Suite 2200
Kansas City MO 64105

Keller FIre & Safety
1138 Kansas Ave.
Kansas City KS 66105


LaborMax Staffing
PO Box 900
Kearney MO 64060


Lathrop & Gage, LC
2345 Grand
Kansas City MO 64108


Lexyl Travel Technologies Inc
777 S. Fagler Dr.
Suite 800 West Tower
West Palm Beach FL 33401


Lincoln Cornhuskers, Inc
PO Box 22378
Lincoln NE 68502


M3 Accounting Serv., Inc
340 Jesse Jewell Pkwy SE
Suite 600
Gainesville GA 30501


Marlin Business Bank
PO Box 13604
Philadelphia PA 19101-3604


Massco
1837 S. Meridian Ave.
Wichita KS 67213


MD Solutions International
1245 Auburn Way, No #303
Auburn WA 98002


Medco Wholesale Distributor
102-A Sylvania Ave.
Folsom PA 19033

Media Services LLC
8600 NW Underground Dr.
Pillar 128
Kansas City MO 64161


MetroMedia, Inc.
4210 Shawnee Mission Prkwy
Suite 314A
Mission KS 66205


Micros Systems Inc.
7031 Columbia Gateway Dr.
Columbia MD 21046


Milestone Internet Marketing
2620 Augustine Drive
Suite 140
Santa Clara CA 95054


Neutron Industries Inc
PO Box 74188
Cleveland OH 44194


Oliver Electric Construction
PO Box 3529
Lawrence KS 66046


Oracle America, Inc.
PO Box 203448
Dallas TX 75320


Otis
PO Box 73579
Chicago IL 60673


Pegasus Solutions Inc.
c/o InterContinental Hotels
3 Ravinia Dr., Ste 100
Atlanta GA 30346


Perfect Wedding Guide
7111 W. 151st Street
Suite 132
Overland Park KS 66223

Playnetwork, Inc.
PO Box 204515
Dallas TX 75320


Pool & Patio Supply
11409 W. 89th Street
Overland Park KS 66214


Prime Market Services Inc.
8714 E. 16th Street
Kansas City MO 64195


Prime Market Services Inc.
PO Box 20151
Kansas City MO 64195


Prime Roofing, Inc.
8235 Cole Prkwy
Lenexa KS 66227


Ronnoco Coffee
PO Box 959106
Saint Louis MO 63195


Ryan Kellerman
5629 Roeland Ave.
Roeland Park KS 66205


Seminole Energy Services
1323 E 71st St., Ste 300
Tulsa OK 74136


Sheila A. Wallis
c/o KS Human Rights Comm.
Landon State Office Bldg.
900 SW Jackson Ste. 568 S.
Topeka KS 66612


Sherwin Williams
15217 W. 87th Parkway
Lenexa KS 66219-1409


Sir Speedy
895 N. Mart-Way Dr.
Olathe KS 66061

Six Continents Hotels Inc
Attn: Director of Revenue Mgmt
3 Ravinia Dr., Ste 100
Atlanta GA 30346


SJC V LLC
730 New Hampshire St.
Suite 206
Lawrence KS 66046


SS & C Solutions
3320 Clinton Prkwy Court
Suite 220
Lawrence KS 66047


Staples Business Advantage
Dept. DAL 3368
PO Box 83689
Chicago IL 60696


Stephen J. Craig
730 New Hampshire Street
Suite 206
Lawrence KS 66044


Summit Publications
PO Box 915
Kearney MO 64060


Swartz & Associates
PO Box 8566
Prairie Village KS 66208


The Knowland Group
PO Box 347710
Pittsburgh PA 15251


Traco Business Services
PO Box 308
482 Railroad Street
Windber PA 15963


Trane US dba Trane
8014 Flint
Overland Park KS 66214

Trane US, Inc.
PO Box 845053
Dallas TX 75284


Travel Team USA
PO Box 110204
Bradenton FL 34211


TravelClick Inc
300 N Martingal Rd.
Suite 500
Schaumburg IL 60173


Travelclick,Inc.
PO Box 71199
Chicago IL 60694


Traveling Teams
PO Box 771954
Detroit MI 48277


Unisource Document Product
PO Box 2222
Saint Louis MO 63109


Unisource Document Products
PO Box 20527
Saint Louis MO 63139


US Food Service
PO Box 501133
Saint Louis MO 63150


USA Today
PO Box 677446
Dallas TX 75267


USJN
PO Box 7828
Champaign IL 61826


Ventura Hotel Corporation
730 New Hampshire St.
Suite 206
Lawrence KS 66044

Waste Management
PO Box 42390
Phoenix AZ 85080


Water District No 1 of JoCo
PO Box 808007
Kansas City MO 64180


Water Doctor CVB Inc.
2602 Pear Street
PO Box 3060
Saint Joseph MO 64503


Watts Up Lighting
JD Ventures Inc.
9320 Johnson Drive
Merriam KS 66203


Western First Aid & Safety
5360 College Blvd., Ste 200
Leawood KS 66211


Woodland Lawn & Landscape
PO Box 19145
Lenexa KS 66285


Yesco
326 Choctaw
Leavenworth KS 66048

# United States Bankruptcy Court
## District of Kansas

In re   **Lenexa Hotel, L.P.**                    Case No. _____

                                   Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President, Ventura Hotel Corporation, General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 1, 2016**               **/s/ Stephen J. Craig**
                                          **Stephen J. Craig/President, Ventura Hotel Corporation, General Partner**
                                          Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re  **Lenexa Hotel, L.P.**                                           Case No. _____
                                                    Debtor(s)            Chapter       **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Stephen J. Craig**<br>**730 New Hampshire Street**<br>**Suite 206**<br>**Lawrence, KS 66044** | | **31%** | **Limited partner** |
| **Ventura Hotel Corporation**<br>**730 New Hampshire St.**<br>**Suite 206**<br>**Lawrence, KS 66044** | | **69%** | **General partner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President, Ventura Hotel Corporation, General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November  1, 2016**                      Signature  **/s/ Stephen J. Craig**
                                                             **Stephen J. Craig**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# U.S. BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re:     Lenexa Hotel, L.P.                                Case No. _____

### DEBTOR(S) ELECTRONIC NOTICING REQUEST(DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☐ **INITIAL ACTIVATION REQUEST:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that my email address will appear publicly on any certificate of mailing filed by the electronic noticing provider.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

☑ **INITIAL DECLINATION**: (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

☐ **UPDATE TO ACCOUNT INFORMATION:** (Check this box to make changes to your existing DeBN account.)

I request the following update(s) to my/our DeBN account:

     ☐ I have a new email address as indicated below.

     ☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

     ☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account.)
I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.
I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

**Under penalty of perjury,** I certify that I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have stated on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**<u>Joint</u> <u>debtors</u> who each request enrollment or already have a DeBN account <u>must</u> <u>file</u> <u>separate</u> <u>forms</u>.**
**If this form is being filed via U.S. mail, please include a copy of a photo identification.**

Debtor Signature:   **/s/ Stephen J. Craig**                          Date:   **November 1, 2016**
Print Name (and title a business debtor):     **Stephen J. Craig, President, Ventura Hotel Corporation, General Partner**

Email Address
(CAPITAL letters only):

Confirm Email Address
(CAPITAL letters only):