**SO ORDERED.**

**SIGNED this 25th day of June, 2018.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>LENEXA HOTEL, L.P.,<br><br>               DEBTOR. | CASE NO. 16-22172<br>CHAPTER 11 |

**MEMORANDUM OPINION AND JUDGMENT
DENYING MOTION OF HOLIDAY HOSPITALITY FRANCHISING, LLC FOR
STAY PENDING APPEAL**

The matter before the Court is the Motion of Holiday Hospitality Franchising, LLC for a Stay Pending Appeal of the Court's granting of Debtor's motion to dismiss and denying Holiday Hospitality's motion to convert this case from Chapter 11 to Chapter 7.[1] The motion is opposed by CoreFirst Bank & Trust, Stephen J. Craig, and Ventura Hotel Corporation. The Court heard oral arguments on June 7, 2018.

___

[1] Doc. 295.

This Court has jurisdiction pursuant to 28 U.S.C. § 157(a) and §§ 1334(a) and (b) and the Amended Standing Order of Reference of the United States District Court for the District of Kansas that exercised authority conferred by § 157(a) to refer to the District's Bankruptcy judges all matters under the Bankruptcy Code and all proceedings arising under the Code or arising in or related to a case under the Code, effective June 24, 2013. D. Kan. Standing Order No. 13-1, *printed in* D. Kan. LBR, at 12 (March 2018). A motion for stay pending appeal concerns the administration of the estate and is a core proceeding which this Court may hear and determine as provided in 28 U.S.C.§ 157(b)(2)(A). There is no objection to venue or jurisdiction over the parties.

After having carefully considered the parties' oral arguments, the briefs, and the record in this case, the Court made its oral ruling denying the Motion during a telephonic hearing held on June 25, 2018, in which counsel for Holiday Hospitality Franchising, LLC, CoreFirst Bank & Trust, Stephen J. Craig, and Ventura Hotel Corporation participated. The Court stated on the record its Findings of Fact and Conclusions of Law, which are incorporated herein by this reference. The Court concluded that Holiday Hospitality Franchising, LLC has failed to show that the issuance of a stay would be in the public interest, that it has a likelihood of success on the merits, and that a stay would not cause harm to CoreFirst Bank & Trust. The Court also stated that if the Court's oral findings and rulings are transcribed, the Court orders that the draft transcription be submitted to the Court for the purpose of making technical corrections, including

incorporation of correct names, punctuation, paragraphing, quotations, and legal citations.

The foregoing constitute Findings of Fact and Conclusions of Law under Rules 7052 and 9014(c) of the Federal Rules of Bankruptcy Procedure which make Rule 52(a) of the Federal Rules of Civil Procedure applicable to this matter.

**JUDGMENT**.

Judgment is hereby entered denying the Motion of Holiday Hospitality Franchising, LLC for a Stay Pending Appeal. The judgment based on this ruling will become effective when it is entered on the docket for this case, as provided by Federal Rule of Bankruptcy Procedure 9021.

**IT IS SO ORDERED.**

###